MICHAEL B. HORROW (SBN 162917)
SCOTT E. CALVERT (SBN 210787)
DONAHUE & HORROW, LLP
1960 E. Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: mhorrow@donahuehorrow.com
Email: scalvert@donahuehorrow.com

Attorneys for Plaintiff/Counter-Defendant
EUGENE SEYMOUR, M.D.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE SEYMOUR, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> THE MUTUAL OF NEW YORK LIFE INSURANCE COMPANY; UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 THROUGH 10; <br><br> Defendants. | Case No.: 2:20-cv-07578 PA(JEMx) <br><br> **ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> Complaint filed: August 20, 2020 |
| AND RELATED COUNTERCLAIMS | |

**<u>ORDER</u>**

Upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that this action be and it hereby is dismissed with prejudice, in its entirely, with all parties to bear their own fees and costs of litigation

IT IS SO ORDERED.

Dated: July 13, 2021

_____
Percy Anderson
United States District Judge

– 1 –

[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE